IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAQUELINE WILLIAMS, *et al*.<br><br>                        **Plaintiffs,**<br><br>v.<br><br>THE CITY OF NEW YORK,<br><br>                        **Defendant.** | Case No. 1:16-CV-08671-UA<br>(Judge Paul G. Gardephe) |

## NOTICE OF FILING CONSENT TO JOIN FORMS

The plaintiffs, by and through counsel, hereby file Consent to Sue forms on behalf of the following individuals:

1. Desiree Frances Alexander
   2333 5th Ave #13G
   New York, NY 10037
   New York County

2. Bolaseni Ameen
   115-44 199th Street
   Saint Albans, NY 11412
   Queens County

3. Adeola Augustin
   106 East Roosevelt Ave
   Roosevelt, NY 11575
   Nassau County

4. Olufemi E. Bankole
   89 Carolyn Avenue
   Valley Stream, NY 11580
   Nassau County

5. Maylyn Racquel Bernabe
   280 Brinsmade Avenue
   Bronx, NY 10465
   Bronx County

6. Cassandra C. Chandler
   22 Wyndham Road
   Brentwood, NY 11717
   Suffolk County

7. Anjeannette Daniels
   100 Riverdale Avenue, Apt 10J
   Yonkers, NY 10701
   Westchester County

8. Thamarre L. Durand
   711 East 58th Street
   Brooklyn, NY 11234
   Kings County

9. Francisca Enuma
   114-38 Sutphin Blvd #2R
   Jamaica, NY 11434
   Queens County

10. Alecia Alvena Esby
    4028 Wickham Avenue
    Bronx, NY 10466
    Bronx County

11. Tracey Franklin
    116-25 130th
    South Ozone Park, NY 11420
    Queens County

12. Quadria Grant
    63 Birchwood Rd
    Coram, NY 11727
    Suffolk County

13. Karen Grier
    634 Hegeman Ave
    Brooklyn, NY 11207
    Kings County

14. Claudia N. Harris
    166 Morse Place
    Englewood, NJ 07631
    Bergen County

15. Kardell Hawthorne
    65 Howard Street Apt A
    Mount Vernon, NY 10550
    Westchester County

16. Herriett Hewitt-O'Gilvie
    954 East 217th Street
    Bronx, NY 10469
    Bronx County

17. Eric Joachim
    765 East 217th Street 1Fl.
    Bronx, NY 10467
    Bronx County

18. Tynesha Jones
    241 Grafton Street
    Brooklyn, NY 11212
    Kings County

19. Erica Loftin-Roberson
    111 Palmdale Drive
    Williamsville, NY 14221
    Erie County

20. Monique Mars-Caesar
    1517 New York Avenue Apt 1B
    Brooklyn, NY 11210
    Kings County

21. Wendy A. Montas
    2730 8th Ave Apt. 5J
    New York, NY 10039
    New York County

22. Chidi P. Obasi
    21 Hemingway Avenue
    New Rochelle, NY 10801
    Westchester County

23. Mandisa Remy
    2128 Ocean Avenue 5E
    Brooklyn, NY 11229
    Kings County

24. Suzette Russell
    1440 Crotona Park East Apt 4A
    Bronx, NY 10460
    Bronx County

25. Valerie Sainvil
    2251 Knapp Street Apt. #3F
    Brooklyn, NY 11229
    Kings County

26. Shakera Ayanna Smith
    560 Bristol Street
    Brooklyn, NY 11212
    Kings County

27. Alethea K. Stowe
    511 Sheffield Ave Apt 1
    Brooklyn, NY 11207
    Kings County

28. Gina Villachica
    14 Knights Circle
    Newburgh, NY 12550
    Orange County

29. Clarette Williams
    2418 Olinville Avenue
    Bronx, NY 10467
    Bronx County

The Consent to Sue forms for the above-named opt-in Plaintiffs is attached hereto as

Exhibit A.

Dated: March 9, 2022                    Respectfully submitted,

                                        /s/ *Gregory K. McGillivary*
                                        Gregory K. McGillivary
                                        Diana J. Nobile
                                        Sarah M. Block
                                        MCGILLIVARY STEELE ELKIN LLP
                                        1101 Vermont Ave., N.W.
                                        Suite 1000
                                        Washington, DC 20005
                                        Phone: (202) 833-8855

/s/ *Hope Pordy*
Hope Pordy
SPIVAK LIPTON LLP
1700 Broadway
Suite 2100
New York, NY 10019
Phone: (212) 765-2100
hpordy@spivaklipton.com

## **CERTIFICATE OF SERVICE**

I certify that the foregoing notice was filed on March 9, 2022 using the Court's Electronic Case Filing System on the foregoing counsel of record:

>Andrea O'Connor
>NYC Law Department
>Office of the Corporation Counsel (NYC)
>100 Church Street
>New York, NY 10007
>(212)676-2750
>Fax: (212)788-8877
>Email: aoconnor@law.nyc.gov
>
>Felice B. Ekelman
>Adam Simeon Gross
>Jackson Lewis P.C. (NY)
>666 Third Avenue
>29th Floor
>New York, NY 10017
>212-545-4005
>Fax: 212-972-3213
>Email: ekelmanf@jacksonlewis.com
>         adam.gross@jacksonlewis.com

>*/s/ Hope Pordy*
>Hope Pordy