UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACQUELINE WILLIAMS et al., <br><br> Plaintiffs, <br><br> -against- <br><br> CITY OF NEW YORK, <br><br> Defendant. | **ORDER** <br><br> 16 Civ. 8671 (PGG) |
| MARC FEINER et al., <br><br> Plaintiffs, <br><br> -against- <br><br> CITY OF NEW YORK, <br><br> Defendant. | **ORDER** <br><br> 16 Civ. 8675 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The conference in these cases currently scheduled for July 7, 2022 is adjourned to

**July 28, 2022 at 11:00 a.m.**

Dated: New York, New York
       July 6, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge