UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACQUELINE WILLIAMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF NEW YORK, <br><br> Defendant. | **ORDER** <br><br> 16 Civ. 8671 (PGG) |
| MARC FEINER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF NEW YORK, <br><br> Defendant. | **ORDER** <br><br> 16 Civ. 8675 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      This Court will conduct a conference in this matter on **Friday, October 21, 2022 at 4:30 p.m.** by telephone. The parties shall file a joint letter by **Wednesday, October 19, 2022** providing a status report on efforts to settle.

Dated: New York, New York
       October 7, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge