UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACQUELINE WILLIAMS, et al., <br><br>                Plaintiffs, <br><br>                   v. <br><br>CITY OF NEW YORK, <br><br>                Defendant. | **ORDER** <br><br> 16 Civ. 8671 (PGG) |
| MARC FEINER, et al., <br><br>                Plaintiffs, <br><br>                   v. <br><br>CITY OF NEW YORK, <br><br>                Defendant. | **ORDER** <br><br> 16 Civ. 8675 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        This Court will conduct a telephone conference in this matter on **Monday, November 21, 2022, at 12:00 noon**.

Dated:  New York, New York
       October 21, 2022

                                                    SO ORDERED.

                                                    _/s/ Paul G. Gardephe_

                                                    Paul G. Gardephe
                                                    United States District Judge